IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ROBERT EYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-01050-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| LIZA LUV INVESTORS III LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**ORDER**

AND NOW, this 20th day of July, 2022,

IT IS HEREBY ORDERED that Defendant Liza Luv Investors III LLC's Motion to Dismiss (ECF No. 11) is DENIED. Defendant's Answer due by August 10, 2022.

By the Court:

s/ Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF